AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

Southern District of Texas
FILED
May 18, 2019
David J. Bradley, Clerk of Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Carlos CANTU-Hernandez

AKA:
IAE   YOB: 1969
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19- 1140-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 17, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On May 17, 2019, Carlos CANTU-Hernandez a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on May 18, 2019. Record checks revealed the defendant was formally removed from the United States to Mexico for the first (1st) time on April 12, 2002 via the El Paso, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about January 5, 2005 by wading the Rio Grande River at or near Hidalgo, Texas. On January 13, 2000, the defendant was convicted of Possession with intent to distribute a quantity in excess of 400 kg that is approximately 500 kg gross weight of marijuana and sentenced to thirty seven (37) months to the custody of the United States Bureau of Prisons and four (4) years supervised release.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 18, 2019.

Continued on the attached sheet and made a part of this complaint:   [ ] Yes   [X] No

Complaint approved by AUSA _____

Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on: @ 9:50 AM

**Armando Perez**   **Deportation Officer**
Printed Name and Title of Complainant

May 18, 2019
Date

at   McAllen, Texas
City and State

J. Scott Hacker   U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer